**WO**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR 06-0322-PHX-EHC |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| Humberto Limas-Arreola, | |
| Defendant. | **(First Request)** |

Upon motion of the defendant, the government not objecting, and good cause appearing therefore,

IT IS HEREBY ORDERED that the video depositions in this case set for April 13, 2006, are continued to April 19, 2006, at 9:30 a.m. in Phoenix, Arizona.

IT IS FURTHER ORDERED that the defendant's Motion to Continue The Video Depositions is granted pursuant to 18 U.S.C. § 3161(h)(8)(A) and (1)(F). This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial. This finding is based upon the court's conclusion that the failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

. . . .

. . . .

. . . .

1    IT IS FURTHER ORDERED vacating the status conference currently set for
2 April 13, 2006, at 4:30 p.m., before Magistrate Judge David K. Duncan.  The status
3 hearing is reset to April 19, 2006, at 4:30 p.m. before Magistrate Judge Duncan.
4    IT IS FURTHER ORDERED that excludable delay in CR-06-322-PHX-EHC
5 under Title 18 U.S.C. § 3161(h)_____ will commence on
6 _____ for a total of ____ days.
7    DATED this 12th day of April, 2006.

_____
David K. Duncan
United States Magistrate Judge